**Order entered July 11, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00018-CR

**RICHARD CLAYTON KIMBERLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80175-2016**

## ORDER

Before the Court is appellant's June 22, 2018 motion for extension of time to file his brief. We deferred ruling on the motion until the corrected volumes 1, 3, 4, 5, 6, and 7 of the reporter's record were filed. Those volumes were filed July 9, 2018.

We **GRANT** appellant's June 22 motion for extension of time and **ORDER** appellant's brief due on or before August 10, 2018.

/s/    LANA MYERS
         JUSTICE